UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

REMBERTO SARMIENTO-PEREZ

Defendant.
_____/

CASE NO. 08cr20258 UNGARO
CASE NO. 08cr20262 UNGARO

**ORDER SATISFYING
NEBBIA CONDITION**

This matter is before the Court to consider satisfaction of the Nebbia requirement as a condition of bond. The Government has indicated that it has no objections to the Nebbia proffer. After being otherwise dully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Nebbia conditions attached to the bond in the above styled cause(s) has been met and, accordingly the Nebbia requirement is hereby satisfied. *The sources of funds are tax refunds of Felix Miguez Cama and Susana E. Azconegui Perez.*

DONE AND ORDERED this 9th day of April, 2008.

UNITED STATES MAGISTRATE

cc:   Alexandra Rengel, Esq.
        Counsel for the Defendant,
      Luis M. Perez, Esq.
        U.S. Attorney's Office