UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20258-CR-UNGARO

UNITED STATES OF AMERICA,

vs.

REMBERTO SARMIENTO PEREZ,

        Defendant.
_____/

### ORDER REQUIRING GOVERNMENT RESPONSE

THIS CAUSE is before the Court on Defendant's Motion For Consolidation of Causes and Incorporated Memorandum of Law. (D.E. 22.) The Court, having considered the motion and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Government shall file a response to the motion by June 13, 2007.

DONE AND ORDERED in Chambers at Miami, Florida, this 4 day of June, 2008.

                                      URSULA UNGARO
                                      UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record