UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20258-CR-UNGARO
08-20262-CR-UU

UNITED STATES OF AMERICA

vs.

REMBERTO SARMIENTO PEREZ,

Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR CONSOLIDATION OF CAUSES

THIS CAUSE is before the Court on Defendant's Motion For Consolidation of Causes and Incorporated Memorandum of Law (D.E. 22). The Court, having considered the motion, as well as the Government's Response (D.E. 26), and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that U.S. v. Remberto Sarmiento Perez, Case No. 08-20258-CR-Ungaro and U.S. v. Remberto Sarmiento Perez, Case No. 08-20262-CR-Ungaro, will be tried together as though brought through a single Indictment pursuant to Federal Rule of Criminal Procedure 13. It is further ORDERED, as agreed by the parties, that the jury will be presented with both Indictments from the above-referenced causes and presented with a separate verdict form for each corresponding Indictment.

DONE AND ORDERED in Chambers at Miami, Florida, this 14 Day of July, 2008.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided:
counsel of record